WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
DISTRICT OF IDAHO

LORI A. HENDRICKSON
KATHLEEN M. BARRY
TRIAL ATTORNEYS
DEPARTMENT OF JUSTICE, TAX DIVISION

801 EAST SHERMAN STREET
POCATELLO, IDAHO 83201
TELEPHONE: (202) 514-2174
FACSIMILE: (202) 514-9623

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:17-cr-19-BLW |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | 26 U.S.C. § 7206(2) |
| JONATHAN PEIRSOL, | |
| Defendant. | |

The United States Attorney charges:

### COUNT ONE

**Aiding and Abetting the Preparation of a False Income Tax Return
26 U.S.C. § 7206(2)**

On or about the 19th day of March, 2012, the defendant JONATHAN PEIRSOL, did willfully aid and abet the preparation of a false 2011 individual income tax return for client G.K. which claimed a fraudulent refund of $6,305 based on a false education credit of $2,186 which

**Information - 1**

defendant added to the income tax return without client G.K's knowledge, all in violation of Title 26, United States Code, Section 7206(2).

DATED this 24 day of January, 2017.

<div style="margin-left: 3em;">

WENDY J. OLSON

UNITED STATES ATTORNEY
By:

_[signature]_

LORI A. HENDRICKSON
KATHLEEN M. BARRY
TRIAL ATTORNEYS
TAX DIVISION

</div>

**Information - 2**